155 A.3d 436

**BELIZAIRE, Antoine, Jr.**

**v.**

**STATE of Maryland**

**Pet. Docket No. 498, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

Opinion of the Court of Special Appeals unreported (No. 120, Sept. Term, 2015).

Petition for writ of certiorari denied

■

155 A.3d 436

**BLACKMON**

**v.**

**DEPT. OF TRANSPORTATION, MOTOR VEHICLE ADMINISTRATION**

**Pet. Docket No. 578, Sept. Term, 2016**

Court of Appeals of Maryland.

February 21, 2017

(No. CAL16–35959, Circuit Court for Prince George's County).

Petition for writ of certiorari denied